# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>information which is associated with USGURI64@gmail.com and<br>Gurdevbalbeas@gmail.com that are stored at premises owned,<br>maintained, controlled, or operated by Google, LLC | )<br>)<br>) Case No. 1:23-mj-230-01/02-TSM<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attachment A.

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | - Wire Fraud |
| 18 U.S.C. § 1349 | - Conspiracy |
| 18 U.S.C. § 2314 | - Interstate Transportation of Stolen Property |

The application is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Bradley Nims
*Applicant's signature*

S.A. Bradley Nims, Homeland Security Investigations
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephonic Conference** *(specify reliable electronic means)*.

Date: 12/21/2023

*Judge's signature*

City and state: Concord, New Hampshire    Hon. Talesha L. Saint-Marc, U.S. Magistate Judge
*Printed name and title*