AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:23-mj-**230-01/02**-TSM | Date and time warrant executed:<br>12/21/2023     1440 | Copy of warrant and inventory left with:<br>Google |
| Inventory made in the presence of :<br>Lisa Laforte | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>Download of files received via the Google Law Enforcement Request Portal (LERS). | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   01/23/2024

*Executing officer's signature*

Bradley Nims; Special Agent
*Printed name and title*